IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **SANDER STAGMAN**, | ) | Case No. 15 C 2917 |
| | ) | |
| Debtor. | ) | |

# MEMORANDUM ORDER

For the reasons stated in this Court's April 21, 2015 memorandum order, the motion to dismiss filed by appellee Beverly Bank and Trust Company, N.A. [Dkt. 12] is granted. Appellant Sander Stagman's appeal is dismissed for lack of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 27, 2015 nunc
pro tunc April 23, 2015